**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE MENDOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et.al.,<br><br>        Defendants. | Case No.: 1:19-cv-01713-NONE-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>[ECF No. 14] |

Plaintiff Jorge Mendoza is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 12, 2020, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41. (ECF No. 14.)

Under Rule 41(a)(1)(A)(i), "a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997) (citation omitted). No defendant in this action has served an answer or a motion for summary judgment.

///

///

///

1

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).  The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated:   **February 14, 2020**

_____
UNITED STATES MAGISTRATE JUDGE